DISMISSAL FORM FOR CRIMINAL CASES ON ANT'S MOTION/OR WD NOA 









                                        NO. 12-06-00052-CV

 

IN THE COURT OF APPEALS

 

TWELFTH COURT OF APPEALS
DISTRICT

 

TYLER, TEXAS

 

 

CHASITY
VAUGHN,           §          APPEAL FROM THE 294TH

APPELLANT

 

V.        §          JUDICIAL
DISTRICT COURT OF

 

CLAUDE
VAUGHN, JR.,

APPELLEE   §          VAN
ZANDT COUNTY, TEXAS

 




 
 
 
 
 
 
 
 
 
 
 
 
 
 
 


 

 



MEMORANDUM OPINION

PER
CURIAM

            Appellant Chasity Vaughn has filed a motion to dismiss
this appeal.  In her motion, she states
that the appeal has become moot.  A copy
of the motion has been sent to all counsel of record.  Because Appellant has met the requirements of
Texas Rule of Appellate Procedure 42.1(a)(1), the motion is granted, and the
appeal is dismissed.

Opinion
delivered August 15, 2007.

Panel
consisted of Worthen, C.J., Griffith, J., and Hoyle, J.

 

 

 

 

                                

 

 

 

 

(PUBLISH)